1  David Jacobs          State Bar No. 73545
   Deanna L. Ballesteros    State Bar No. 159079
2  EPSTEIN BECKER & GREEN, P.C.
   1925 Century Park East, Suite 500
3  Los Angeles, California 90067-2506
   Telephone: 310.556.8861
4  Facsimile: 310.553.2165
   djacobs@ebglaw.com
5  dballesteros@ebglaw.com

6  Attorneys for Defendant,
   QUEST DIAGNOSTICS INCORPORATED
7  (erroneously sued as QUEST DIAGNOSTICS, INC.)

8

9              **UNITED STATES DISTRICT COURT**

10          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

| 12 | JOAN C. MCLAUGHLIN, | CASE NO. **CV08-1120 ABC (JTLx)** |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | Complaint Filed: December 24, 2007 |
| 15 | QUEST DIAGNOSTICS, INC., and DOES 1 through 100, Inclusive, | **[~~Proposed~~] JUDGMENT** |
| 16 | | |
| 17 | Defendant. | NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

18
19
20
21
22
23
24
25
26
27
28

1 On June 19, 2008, after considering the papers and evidence submitted in
2 support of and in opposition of Defendant Quest Diagnostics Incorporated's
3 Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6)
4 ("Motion"), the Hon. ~~Andrew J. Guilford~~, Audrey B. Collins, Chief District Judge
5 Presiding, granted the Motion in its entirety.

6 **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Joan C.
7 McLaughlin take nothing, that the action be dismissed on the merits, and that
8 defendant Quest Diagnostics Incorporated recover its costs.

10 Dated: 1/19/10        By: _Audrey B. Collins_
                              UNITED STATES DISTRICT JUDGE